

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIME CANTU, | § | |
|     Petitioner, | § | CIVIL ACTION NO. B-01-028 |
| v. | § | |
| | § | CRIMINAL NO. B-99-080-1 |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

### ORDER DISMISSING PETITIONER'S MOTION TO VACATE SENTENCE

BEFORE this Court is Petitioner's "Motion to Vacate Sentence" (Civil Docket No. 1). After due consideration, it is the opinion of this Court that said motion should be dismissed as not being filed within the one year time bar[1].

It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner's "Motion to Vacate Sentence" is hereby DISMISSED.

It is, further, ORDERED, ADJUDGED, and DECREED that Petition's case be administratively CLOSED.

IT IS SO ORDERED.

SIGNED this the 15th day of JUNE, 2001, in Brownsville, Texas.

Filemon B. Vela
United States District Judge

---

[1] This Court further finds that Petitioner's judgement and conviction under attack arose out of the United States District Court Southern District of Texas, *Houston Division*. Therefore, this Court cannot exercise jurisdiction over Petitioner's motion, and said motion must be DISMISSED.